**Fill in this information to identify the case:**

United States Bankruptcy Court for the:

__Northern__ District of __Texas_____
(State)

Case Number (*if known*): _____ Chapter __11___

☐ Check if this is an
  amended filing

<u>Official Form 205</u>
# Involuntary Petition Against a Non-Individual    **12/15**

Use this form to begin a bankruptcy case against a non-individual you allege to be a debtor subject to an involuntary case. If you want to begin a case against an individual, use the *Involuntary Petition Against an Individual* (Official Form 105). Be as complete and accurate as possible. If more space is needed, attach any additional sheets to this form. On the top of any additional pages, write debtor's name and case number (if known).

| Part 1 | Identify the Chapter of the Bankruptcy Code Under Which Petition Is Filed |

**1. Chapter of the Bankruptcy Code**

*Check one:*

☐ Chapter 7

☒ Chapter 11

| Part 2 | Identify the Debtor |

**2. Debtor's Name**

American Achievement Corporation

**3. Other names you know debtor has used in the last 8 years**

Include any assumed names, trade names, or *doing business as* names.

_____

_____

_____

**4. Debtor's federal Employer Identification Number (EIN)**

☐ Unknown

13-4126506

**5. Debtor's address**

| Principal place of business | | | Mailing address, if different | | |
|---|---|---|---|---|---|
| 1550 W. Mockingbird Lane | | | | | |
| Number | Street | | Number | Street | |
| | | | P.O. Box | | |
| **Dallas** | **Texas** | **75235** | | | |
| City | State | ZIP Code | City | State | ZIP Code |
| | | | **Location of principal assets, if different from principal place of business** | | |
| Dallas | | | | | |
| County | | | Number | Street | |
| | | | | | |
| | | | City | State | ZIP Code |

| 6. | Debtor's website (URL) | _____ |
|---|---|---|

| 7. | Type of debtor | ☒ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP)<br>☐ Partnership (excluding LLP)<br>☐ Other type of debtor. Specify: _____ |
|---|---|---|

| 8. | Type of debtor's business | *Check one:*<br>☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))<br>☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))<br>☐ Railroad (as defined in 11 U.S.C. § 101(44))<br>☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))<br>☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))<br>☐ Clearing Bank (as defined in 11 U.S.C. § 781(3))<br>☒ None of the types of business listed.<br>☐ Unknown type of business. |
|---|---|---|

| 9. | To the best of your knowledge, are any bankruptcy cases pending by or against any partner or affiliate of this debtor? | ☐ No<br>☒ Yes. Debtor **AAC Holding Corp.**_____ Relationship **Affiliate**_____<br>District **Northern District of Texas** Date filed 01/14/2021 Case number, if known _____<br>  MM/DD/YYYY<br><br>Debtor _____ Relationship _____<br>District _____ Date filed _____ Case number, if known _____<br>  MM/DD/YYYY |
|---|---|---|

| **Part 3** | **Report About the Case** |
|---|---|

| 10. | Venue | *Check one:*<br>☒ Over the last 180 days before the filing of this bankruptcy, the debtor had a domicile, principal place of business, or principal assets in this district longer than in any other district.<br>☒ A bankruptcy case concerning debtor's affiliates, general partner, or partnership is pending in this district. |
|---|---|---|

| 11. | Allegations | Each petitioner is eligible to file this petition under 11 U.S.C. § 303(b).<br>The debtor may be the subject of an involuntary case under 11 U.S.C. § 303(a).<br><br>*At least one box must be checked:*<br>☒ The debtor is generally not paying its debts as they become due, unless they are the subject of a bona fide dispute as to liability or amount.<br>☐ Within 120 days before the filing of this petition, a custodian, other than a trustee, receiver, or an agent appointed or authorized to take charge of less than substantially all of the property of the debtor for the purpose of enforcing a lien against such property, was appointed or took possession. |
|---|---|---|

| 12. | Has there been a transfer of any claim against the debtor by or to any petitioner? | ☒ No<br>☐ Yes. Attach all documents that evidence the transfer and any statements required under Bankruptcy Rule 1003(a). |
|---|---|---|

| 13. Each petitioner's claim | Name of Petitioner | Nature of petitioner's claim | Amount of the claim above the value of any lien |
|---|---|---|---|
| | See Rider 1 | _____ | $_____ |
| | _____ | _____ | $_____ |
| | _____ | _____ | $_____ |
| | | Total of petitioners' claims | $_____ |

**If more space is needed to list petitioners, attach additional sheets. Write the alleged debtor's name and the case number, if known, at the top of each sheet. Following the format of this form, set out the information required in Parts 3 and 4 of the form for each additional petitioning creditor, the petitioner's claim, the petitioner's representative, and the petitioner's attorney. Include the statement under penalty of perjury set out in Part 4 of the form, followed by each additional petitioner's (or representative's) signature, along with the signature of the petitioner's attorney.**

**Part 4     Request for Relief**

**WARNING** -- Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

Petitioners request that an order for relief be entered against the debtor under the chapter of 11 U.S.C. specified in this petition. If a petitioning creditor is a corporation, attach the corporate ownership statement required by Bankruptcy Rule 1010(b). If any petitioner is a foreign representative appointed in a foreign proceeding, attach a certified copy of the order of the court granting recognition.

I have examined the information in this document and have a reasonable belief that the information is true and correct.

**Petitioners or Petitioners' Representative**

**Name and mailing address of petitioner**

**Prudential Capital Partners IV, L.P.**
Name

**180 N. Stetson Ave, Suite 5200**
Number     Street

**Chicago**          **Illinois**          **60601**
City                      State                    Zip Code

**Name and mailing address of petitioner's representative, if any**

**Stephen F. Szejner**
Name

**180 N. Stetson Ave, Suite 5200**
Number     Street

**Chicago**          **Illinois**          **60601**
City                      State                    Zip Code

I declare under penalty of perjury that the foregoing is true and correct

Executed on  01/14/2021
                   MM / DD / YYYYY

× /s/ Stephen F. Szejner
   Signature of petitioner or representative, including representative's title

**Attorneys**

**Jason S. Brookner**
Printed name

**Gray Reed & McGraw LLP**
Firm name, if any

**1601 Elm Street, Suite 4600**
Number     Street

**Dallas**          **Texas**          **75201**
City                   State                  Zip Code

Contact phone **469-320-6132** Email **jbrookner@grayreed.com**

Bar number 24033684

State **Texas**

× /s/Jason S. Brookner
   Signature of attorney

Date signed  01/14/2021
                   MM / DD / YYYY

**Name and mailing address of petitioner**

**Prudential Capital Partners Management Fund IV, L.P.**
Name

**180 N. Stetson Ave, Suite 5200**
Number    Street

**Chicago**                              **Illinois**                    **60601**
City                                        State                        Zip Code

**Name and mailing address of petitioner's representative, if any**

**Stephen F. Szejner**
Name

**180 N. Stetson Ave, Suite 5200**
Number    Street

**Chicago**                              **Illinois**                    **60601**
City                                        State                        Zip Code

I declare under penalty of perjury that the foregoing is true and correct

Executed on  **01/14/2021**
                    MM / DD / YYYYY

× _/s/ Stephen F. Szejner_
    Signature of petitioner or representative, including representative's title


**Jason S. Brookner**
Printed name

**Gray Reed & McGraw LLP**
Firm name, if any

**1601 Elm Street, Suite 4600**
Number    Street

**Dallas**                              **Texas**                    **75201**
City                                        State                        Zip Code

Contact phone **469-320-6132** Email **jbrookner@grayreed.com**

Bar number **24033684**

State **Texas**


× _/s/Jason S. Brookner_
    Signature of attorney


Date signed **01/14/2021**
                    MM / DD / YYYY


**Name and mailing address of petitioner**

**Prudential Capital Partners (Parallel Fund) IV, L.P.**
Name

**180 N. Stetson Ave, Suite 5200**
Number    Street

**Chicago**                              **Illinois**                    **60601**
City                                        State                        Zip Code

**Name and mailing address of petitioner's representative, if any**

**Stephen F. Szejner**
Name

**180 N. Stetson Ave, Suite 5200**
Number    Street

**Chicago**                              **Illinois**                    **60601**
City                                        State                        Zip Code

I declare under penalty of perjury that the foregoing is true and correct

Executed on  **01/14/2021**
                    MM / DD / YYYYY

× _/s/Stephen F. Szejner_
    Signature of petitioner or representative, including representative's title


**Jason S. Brookner**
Printed name

**Gray Reed & McGraw LLP**
Firm name, if any

**1601 Elm Street, Suite 4600**
Number    Street

**Dallas**                              **Texas**                    **75201**
City                                        State                        Zip Code

Contact phone **469-320-6132** Email **jbrookner@grayreed.com**

Bar number **24033684**

State **Texas**


× _/s/Jason S. Brookner_
    Signature of attorney


Date signed **01/14/2021**
                    MM / DD / YYYY

**Name and mailing address of petitioner**

<u>Falcon Strategic Partners IV, LP</u>
Name

<u>21 Custom House Street, 10th Floor</u>
Number    Street

<u>Boston</u>                          <u>Massachusetts</u>      <u>02110</u>
City                              State                Zip Code

**Name and mailing address of petitioner's representative, if any**

<u>Matthew L. White</u>
Name

<u>600 Lexington Ave, Floor 35</u>
Number    Street

<u>New York</u>                       <u>New York</u>          <u>10022</u>
City                              State                Zip Code

I declare under penalty of perjury that the foregoing is true and correct

Executed on  <u>01/14/2021</u>
              MM / DD / YYYYY

✗ <u>/s/Matthew L. White</u>
  Signature of petitioner or representative, including representative's title

---

**Jason S. Brookner**
Printed name

<u>Gray Reed & McGraw LLP</u>
Firm name, if any

<u>1601 Elm Street, Suite 4600</u>
Number    Street

<u>Dallas</u>                          <u>Texas</u>            <u>75201</u>
City                              State                Zip Code

Contact phone <u>469-320-6132</u> Email <u>jbrookner@grayreed.com</u>

Bar number <u>24033684</u>

State <u>Texas</u>


✗ <u>/s/Jason S. Brookner</u>
  Signature of attorney

Date signed <u>01/14/2021</u>
             MM / DD / YYYY

**UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF TEXAS**
**DALLAS DIVISION**

|  |  |  |
|---|---|---|
| | § | |
| In re: | § | Chapter 11 |
| | § | |
| American Achievement Corporation | § | Case No. 21-[_____] (___) |
| | § | |
| | § | |
| Debtor. | § | |
| | § | |

**Rider 1**

Petitioners declare under penalty of perjury that the foregoing is true and correct according to the best of their knowledge, information and belief.

| Name of Petitioner | Nature of Petitioner's Claim | Amount of the Claim Above the Value of Any Lien |
|---|---|---|
| Prudential Capital Partners IV, L.P. | 8.00% Senior Subordinated Notes | $72,004,910.57 |
| Prudential Capital Partners Management Fund IV, L.P. | 8.00% Senior Subordinated Notes | $3,648,084.34 |
| Prudential Capital Partners (Parallel Fund) IV, L.P. | 8.00% Senior Subordinated Notes | $3,797,727.35 |
| Falcon Strategic Partners IV, LP | 8.00% Senior Subordinated Notes | $44,412,484.30 |
| **TOTAL AMOUNT** | | $123,863,206.56 |