| | |
|---|---|
| Paul M. Basta (*pro hac vice* pending) <br> Lewis R. Clayton (*pro hac vice* pending) <br> Robert A. Britton (*pro hac vice* pending) <br> William A. Clareman (*pro hac vice* pending) <br> Sean A. Mitchell (*pro hac vice* pending) <br> **PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP** <br> 1285 Avenue of the Americas <br> New York, New York 10019 <br> Telephone: (212) 373-3000 <br> Facsimile: (212) 757-3990 <br> Email: pbasta@paulweiss.com <br> lclayton@paulweiss.com <br> rbritton@paulweiss.com <br> wclareman@paulweiss.com <br> smitchell@paulweiss.com | Jason S. Brookner <br> Texas Bar No. 24033684 <br> Lydia R. Webb <br> Texas Bar No. 24083758 <br> **GRAY REED & McGRAW LLP** <br> 1601 Elm Street, Suite 4600 <br> Dallas, Texas 75201 <br> Telephone: (214) 954-4135 <br> Facsimile: (214) 953-1332 <br> Email: jbrookner@grayreed.com <br> lwebb@grayreed.com |

*Counsel to Prudential Capital Partners IV, L.P., Prudential Capital Partners Management Fund IV, L.P., Prudential Capital Partners (Parallel Fund) IV, L.P., and Falcon Strategic Partners IV, LP*

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | |
|---|---|
| In re: <br><br> AMERICAN ACHIEVEMENT CORPORATION, <br><br> Involuntary Debtor. | § § § § § § § § Chapter 11 <br><br> Case No. 21-30058 (HDH) |
| In re: <br><br> GASPARD & SONS, INC. <br><br> Involuntary Debtor. | § § § § § § § § Chapter 11 <br><br> Case No. 21-30065 (HDH) |
| In re: <br><br> UNIVERSITY CAP & GOWN CO., INC. <br><br> Involuntary Debtor. | § § § § § § § § Chapter 11 <br><br> Case No. 21-30071 (HDH) |

|  |  |
|---|---|
| In re:<br><br>TP HOLDING CORP.,<br><br>    Involuntary Debtor. | §<br>§<br>§  Chapter 11<br>§<br>§  Case No. 21-30072 (HDH)<br>§<br>§ |

## NOTICE OF STATUS CONFERENCE

**PLEASE TAKE NOTICE** that a status conference will take place in the above-captioned involuntary chapter 11 cases on January 21, 2021 at 10:00 a.m. Central Time before the Honorable Harlin D. Hale at the Earle Cabell Federal Building, 1100 Commerce Street, 14th Floor, Courtroom #3, Dallas, TX 75242.

**PLEASE TAKE FURTHER NOTICE** that the hearing will be conducted by videoconference and teleconference via Webex.  The Webex hearing link will be posted to Judge Hale's Hearing Dates and Calendar web page prior to the hearing and may be accessed from the following link:  https://www.txnb.uscourts.gov/judges-info/hearing-dates/judge-hales-hearing-dates.  Parties unfamiliar with Webex shouold review the attached Webex information/tips prior to the hearing.  Judge Hale strongly encourages the parties to make their appearances prior to the hearing by using the Electronic Appearances link posted on his webpage and accessible from the following link: https://www.txnb.uscourts.gov/electronic-appearances.

| | |
|---|---|
| Dated:  January 15, 2021<br>   Dallas, Texas | */s/ Jason S. Brookner*<br>Jason S. Brookner<br>Texas Bar No. 24033684<br>Lydia R. Webb<br>Texas Bar No. 24083758<br>**GRAY REED & McGRAW LLP**<br>1601 Elm Street, Suite 4600<br>Dallas, Texas 75201<br>Telephone: (214) 954-4135<br>Facsimile:  (214) 953-1332 |

        Email:  jbrookner@grayreed.com
                 lwebb@grayreed.com

-and-

Paul M. Basta (*pro hac vice* pending)
Lewis R. Clayton (*pro hac vice* pending)
Robert A. Britton (*pro hac vice* pending)
William A. Clareman (*pro hac vice* pending)
Sean A. Mitchell (*pro hac vice* pending)
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
1285 Avenue of the Americas
New York, New York 10019
Telephone: (212) 373-3000
Facsimile: (212) 757-3990
Email:  pbasta@paulweiss.com
           lclayton@paulweiss.com
           rbritton@paulweiss.com
           wclareman@paulweiss.com
           smitchell@paulweiss.com

*Counsel to Prudential Capital Partners IV, L.P., Prudential Capital Partners Management Fund IV, L.P., Prudential Capital Partners (Parallel Fund) IV, L.P., and Falcon Strategic Partners IV, LP*

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that on the 15th day of January, 2021 he caused the foregoing pleading to be served (i) via the Court's CM-ECF Notification System on those parties who have subscribed for notice and (ii) via electronic mail on the parties listed below.

| | | |
|---|---|---|
| Laura Davis Jones<br>Pachulski Stang Ziehl & Jones LLP<br>919 North Market Street<br>17th Floor<br>Wilmington, DE 19801<br>ljones@pszjlaw.com | Adam Harris<br>Schulte Roth & Zabel LLP<br>919 Third Avenue<br>New York, NY 10022<br>adam.harris@srz.com | Susan B. Hersh<br>Susan B. Hersh, P.C.<br>12770 Coit Road, Suite 1100<br>Dallas, Texas 75251<br>susan@susanbhershpc.com |
| *Counsel to Involuntary Debtors* | *Counsel to Cerberus Business Finance, LLC* | *Counsel to AAC Holding Corp.* |

*/s/ Jason S. Brookner*
Jason S. Brookner

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**
**OFFICE OF THE CLERK**



October 9, 2020

**CLERK'S NOTICE 20-04**

**PARTICIPATING IN BANKRUPTCY COURT HEARINGS BY VIDEOCONFERENCE**

During the COVID-19 Pandemic, the Northern District of Texas Bankruptcy Court is conducting most of its hearings virtually, using WebEx video conferencing. There is no fee/charge of any kind for the participants, although you will have to download the WebEx application to your electronic device. The WebEx meeting link, meeting number, and access code will be posted on the judge's webpage and/or on the ECF docket for the case. Please review the information below **prior to** participating in a hearing via WebEx.

**CONNECTION INSTRUCTIONS FOR PARTICIPATING IN A WEBEX VIRTUAL HEARING**

The court will allow participation in a virtual hearing using either of the following two methods. Please connect at least 10 minutes prior to the hearing time. It is recommended that attorneys discuss the logistics of the WebEx appearance with their clients/witnesses at least 48 hours before the hearing.

**Option 1: Using the WebEx app on your smartphone, tablet, laptop, or desktop.**

It is strongly preferred that participants who may speak during a hearing use the WebEx application rather than using the "call-in" option described in Option 2.

Attorneys and/or witnesses who anticipate offering extensive testimony or legal argument or conducting examination are required to utilize the video function. The court may consider special requests for other appearance options on a case by case basis.

Please connect using only one device. Using two or more devices may cause audio feedback issues.

If using a phone or tablet for video, it should be set in a stationary position. Holding a phone or tablet in your hand while speaking does not yield a good video for the court.

**NOTE: If you are experiencing audio issues when using the WebEx application,** you may use the "Call Me At" selection under "Audio Connection" to move just the audio portion of the WebEx conference to your telephone.

**Option 2: Call-in via phone (audio only).**

The meeting number/access code changes with each meeting and will be made available, along with the dial-in number on the WebEx link and instructions sheet found on the judge's webpage and/or on the ECF docket for the case.

## HELPFUL HINTS AND ETIQUETTE

- Please use the mute function when you are not speaking. Please be aware that sometimes the court mutes everyone when there is background noise. When you want to speak, make sure you are not on mute. Call-in users should dial *6 to unmute your line.

- Remember to state your name for the record each time before speaking and speak slowly and clearly so the court can get a good record.

- Use headphones whenever possible, especially if using a desktop PC with external speakers. We have found that newer iPhones provide the best visual and audio feed – better than most desktop computers. If you are on a personal computer, headphones or earbuds are required for those who need to speak during the hearing.

- During examination, attorneys and witnesses should use a separate camera and microphone when possible. To avoid feedback, parties using separate devices must not be in the same room. The court may consider special requests on a case by case basis.

- WebEx participants may use the "share" button to easily share their screen or document with the court or other WebEx participants. Press "stop sharing" to remove the presentation from the meeting.

- When making an appearance from a vehicle, please park in a safe location with windows rolled up (to minimize background distraction and noise) and use a headset that is ear-to-phone (not the vehicle's hands-free speaker-phone option).

- Suggestions for participating in a WebEx hearing from home: If you are having connectivity problems, turn off devices that may be using bandwidth on your home network. Devices or applications such as Facetime, Roku, streaming media players, video games, or large downloads can negatively impact the audio and video quality of the WebEx meeting.

- Participants are reminded that they should wear attire suitable for court.

- Participants who wish to test their WebEx connection or the share screen functionality in advance of the hearing may arrange a "practice run" by contacting the courtroom deputy.

## EXHIBITS AND DEMONSTRATIVE AIDS

Exhibits should be filed ahead of time by the date that they would normally be exchanged pursuant to our local rules using the "notice" or "list (witness/exhibit/generic)" event in ECF. For voluminous exhibits, please contact the courtroom deputy, as it may be necessary for you to provide the court with an exhibit notebook or zip file in advance of the hearing.

Demonstrative aids and Power Points should also be filed prior to the hearing, if possible. If not, WebEx has the ability to allow you to share your screen, or a particular document, with everyone in the hearing. If these documents are admitted as exhibits, they would then have to be filed after the hearing.

During the hearing, lawyers can refer to (and offer) their exhibits by referencing the exhibit's docket number for the court and all to access. After the hearing, the court will create a Minute Entry reflecting which exhibits were admitted. You should consider emailing exhibits to witnesses ahead of time since they may not have access to PACER.