SUSAN B. HERSH, P.C.
State Bar No. 09543925
12770 Coit Road, Suite 1100
Dallas, Texas 75251
(972) 503-7070
(972) 503-7077 (Fax)
susan@susanbhershpc.com
PROPOSED COUNSEL FOR AAC HOLDING CORP.

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| IN RE: | § § § | |
| AMERICAN ACHIEVEMENT CORPORATION | § § | CASE NO.: 21-30058-hdh11 |
|    Debtor | § | |

**NOTICE OF APPEARANCE UNDER FEDERAL BANKRUPTCY RULE 9010(b) COMBINED WITH REQUEST FOR NOTICE OF ALL MATTERS**

AAC HOLDING CORP. hereby requests that all notices given or required to be given in this case, and all papers served or required to be served in this case, be given to and served upon its attorney of record, as follows:

Susan B. Hersh
SUSAN B. HERSH, P.C.
12770 Coit Road, Suite 1100
Dallas, TX   75251
susan@susanbhershpc.com

This request includes but is not limited to all notices, copies and pleadings referred to Title 11, United States Code and the Federal Bankruptcy Rules, including without limitation notices of any orders, motions, demands, complaints, petitions, pleadings or requests, applications and any other documents brought before this court in this case, whether formal or informal, written or oral, or transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise.

Respectfully submitted,

**SUSAN B. HERSH, P.C.**

By:  */s/Susan B. Hersh*
SUSAN B. HERSH
State Bar No. 09543925
12770 Coit Road, Suite 1100
Dallas, TX  75251
(972) 503-7070
(972) 503-7077 (Fax)
PROPOSED COUNSEL FOR AAC HOLDING CORP.

## CERTIFICATE OF SERVICE

The undersigns certifies that a true and correct copy of the foregoing has been served on all parties receiving ECF notification in this case, on the date this was filed.

*/s/ Susan B. Hersh*