

**CLERK, U.S. BANKRUPTCY COURT**
**NORTHERN DISTRICT OF TEXAS**

# ENTERED

THE DATE OF ENTRY IS ON
THE COURT'S DOCKET

**The following constitutes the ruling of the court and has the force and effect therein described.**

Signed February 9, 2021

_____
**United States Bankruptcy Judge**
_____

### IN THE UNITED STATES BANKRUPTCY COURT
### FOR THE NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

| | | |
|---|---|---|
| In re: | § | Chapter 11 |
| | § | |
| AMERICAN ACHIEVEMENT | § | Case No. 21-30058 (HDH) |
| CORP., *et al.*,[1] | § | |
| Involuntary Debtors. | § | (Jointly Administered) |
| | § | |

### STIPULATION AND AGREED ORDER

This Stipulation and Agreed Order is entered into this 3rd day of February, 2021, by and among Prudential Capital Partners IV, L.P., Prudential Capital Partners Management Fund IV, L.P., Prudential Capital Partners (Parallel Fund) IV, L.P., and Falcon Strategic Partners IV, LP (collectively, "PCP-Falcon"); Cerberus Business Finance, LLC ("Cerberus"); and American Achievement Corporation; Commemorative Brands, Inc., Taylor Publishing Company, Iconic

---

[1] The Involuntary Debtors in these involuntary chapter 11 cases and the last four digits of each Involuntary Debtor's taxpayer identification number are as follows: American Achievement Corp. (6506); Braddock Holding LLC (N/A); CBI North America, Inc. (2215); Commemorative Brands, Inc. (5801); Gaspard Ltd. (6516); Iconic Group, Inc. (5750); Gaspard & Sons, Inc. (0897); Gaspard and Sons Mayaguez Inc. (2494); Taylor Publishing Manufacturing, L.P. (6238); Taylor Publishing Co. (1430); Taylor Manufacturing Holdings, LLC (N/A); Willise Cap & Gown LLC (8756); University Cap & Gown Co., Inc. (4371); TP Holding Corp. (9531) and Taylor Senior Holding Corp. (9532). The Debtors' principal offices are located at 1550 W. Mockingbird Lane, Dallas, Texas 75235, United States.

{HD111461.1}
4835-5034-9275.1

Group, Inc., Taylor Senior Holding Corp., TP Holding Corp., Taylor Manufacturing Holdings, LLC, Taylor Publishing Manufacturing, L.P., CBI North America, Inc., Gaspard Ltd., University Cap and Gown Co., Inc., Willsie Cap & Gown LLC, Braddock Holding LLC, Gaspard & Sons, Inc.; Gaspard and Sons Mayaguez Inc. (collectively, the "<u>Involuntary Debtors</u>") (together, the "<u>Parties</u>").

## RECITALS

**WHEREAS,** on January 14, 2020, PCP-Falcon filed involuntary petitions under Chapter 11 of the Bankruptcy Code against the Involuntary Debtors;

**WHEREAS,** the Court held a status conference on January 21, 2021, at which the Parties notified the Court of ongoing settlement discussions and asked for a brief continuance;

**WHEREAS,** the Court held a second status conference on January 27, 2021, and the Parties again notified the Court of ongoing settlement discussions and asked for a second brief continuance;

**WHEREAS,** the Court held a third status conference on February 3, 2021, and the Parties notified the Court of a likely settlement and that the Parties would be filing the instant stipulation at the earliest possible time to ask for an extension of all deadlines;

**WHEREAS,** the Parties have agreed by stipulation on February 3, 2021 to toll all deadlines, including any pleading or responsive deadlines, until 5:00 Central Time on February 25, 2021;

**WHEREAS,** good cause exists to toll all deadlines in that the Parties are currently engaged in productive settlement discussions aimed at reflecting a global resolution and preventing further litigation;

3

**WHEREAS,** the Parties require additional time to finalize the settlement agreement reached in principle.

### IT IS NOW THEREFORE STIPULATED AND AGREED AS FOLLOWS:

1. All deadlines, including any pleading or responsive deadlines in connection with the involuntary petitions, shall be tolled until 5:00 p.m. Central Time on February 25, 2021

2. The status conference set for February 22, 2021 at 1:30 p.m. Central Time is hereby cancelled.

3. Nothing herein shall limit the rights of the Involuntary Debtors to contest or otherwise respond to each involuntary petition filed by PCP-Falcon.

### ### END OF ORDER ###

**STIPULATED AND AGREED TO BY:**

By: _/s/ Lydia R. Webb_
Jason S. Brookner
TBN: 24033684
Lydia R. Webb
TBN: 24083758
**GRAY REED & McGRAW LLP**
1601 Elm Street, Suite 4600
Dallas, Texas 75201
Telephone: (214) 954-4135
Facsimile: (214) 953-1332
Email: jbrookner@grayreed.com
　　　　lwebb@grayreed.com

-and-

Paul M. Basta (*pro hac vice*)
Lewis R. Clayton (*pro hac vice*)
Robert A. Britton (*pro hac vice*)
William A. Clareman (*pro hac vice*)
Sean A. Mitchell (*pro hac vice*)
**PAUL WEISS, RIFKIND WHARTON & GARRISON LLP**
1285 Avenue of the Americas
New York, New York 10019
Telephone: (212) 373-3000
Facsimile: (212 757-3990
Email: pbasta@paulweiss.com
　　　　lclayton@paulweiss.com
　　　　rbritton@paulweiss.com
　　　　wclareman@paulweiss.com
　　　　smitchell@paulweiss.com

*Counsel for Prudential Capital Partners IV, L.P.; Prudential Capital Partners Management Fund IV, L.P.; Prudential Capital Partners (Parallel Fund) IV, L.P.; and Falcon Strategic Partners IV, LP,*

4835-5034-9275.1

By: *Laura Davis Jones*
Laura Davis Jones
**PACHULSKI STANG ZIEHL & JONES LLP**
919 North Market Street, 17th Floor
P.O. Box 8705
Wilmington, Delaware  19899 (Courier 19801)
Telephone:  (302) 652-4100
Facsimile:  (302) 652-4400
Email: ljones@pszjlaw.com

Michael D. Warner (TX Bar No. 00792304)
**PACHULSKI STANG ZIEHL & JONES LLP**
440 Louisiana Street, Suite 900
Houston, Texas  77002
Telephone:  (713) 691-9385
Facsimile:  (713) 691-9407
Email: mwarner@pszjlaw.com

*Counsel to Involuntary Debtors*

4835-5034-9275.1

By: _/s/ Amy K. Anderson_____

<table>
<tr><td>

Adam C. Harris
(*pro hac vice* forthcoming)
Gayle R. Klein
  Texas Bar No. 00797348
Peter J. Amend
(*pro hac vice* forthcoming)
Kelly (Bucky) Knight
(*pro hac vice* forthcoming)
**SCHULTE ROTH & ZABEL LLP**
919 Third Avenue
New York, New York 10022
Tel:    (212) 756-2000
Fax:    (212) 593-5955
Email:  adam.harris@srz.com
        gayle.klein@srz.com
        peter.amend@srz.com
        kelly.knight@srz.com

</td><td>

Joseph E. Bain
Texas Bar No. 24085187
Amy K. Anderson
Texas Bar No. 24077064
Gabrielle A. Ramirez
(*pro hac vice* forthcoming)
**JONES WALKER LLP**
811 Main Street, Suite 2900
Houston, Texas 77002
Tel:    (713) 437-1800
Fax:    (713) 437-1810
Email:  jbain@joneswalker.com
        aanderson@joneswalker.com
        gramirez@joneswalker.com

Mark A. Mintz
(*pro hac vice* forthcoming)
Caroline V. McCaffrey
(*pro hac vice* forthcoming)
**JONES WALKER LLP**
201 St. Charles Avenue
New Orleans, Louisiana 70170
Tel:    (504) 582-8000
Fax:    (504) 582-8583
Email:  mmintz@joneswalker.com
        cmccaffrey@joneswalker.com

</td></tr>
</table>

*Counsel to Cerberus Business Finance, LLC*