Paul M. Basta (*pro hac vice*)
Lewis R. Clayton (*pro hac vice*)
Robert A. Britton (*pro hac vice*)
William A. Clareman (*pro hac vice*)
Sean A. Mitchell (*pro hac vice*)
**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**
1285 Avenue of the Americas
New York, New York  10019
Telephone:  (212) 373-3000
Facsimile:  (212) 757-3990
Email:  pbasta@paulweiss.com
           lclayton@paulweiss.com
           rbritton@paulweiss.com
           wclareman@paulweiss.com
           smitchell@paulweiss.com

Jason S. Brookner
Texas Bar No. 24033684
Lydia R. Webb
Texas Bar No. 24083758
**GRAY REED & McGRAW LLP**
1601 Elm Street, Suite 4600
Dallas, Texas 75201
Telephone: (214) 954-4135
Facsimile:  (214) 953-1332
Email:  jbrookner@grayreed.com
           lwebb@grayreed.com

*Counsel to Prudential Capital Partners IV, L.P., Prudential Capital Partners Management Fund IV, L.P., Prudential Capital Partners (Parallel Fund) IV, L.P., and Falcon Strategic Partners IV, LP*

**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | | |
|---|---|---|
| In re: | § § | Chapter 11 |
| AMERICAN ACHIEVEMENT CORP., *et al.*,[1] | § § § | Case No. 21-30058 (HDH) |
| Involuntary Debtors. | § § § | (Jointly Administered) |

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that a hearing on the *Joint Motion to Limit Notice of Dismissal Motion* [Docket No. 52] will take place in the above-captioned involuntary chapter 11 cases on

---

[1] The Involuntary Debtors in these involuntary chapter 11 cases and the last four digits of each Involuntary Debtor's taxpayer identification number are as follows: American Achievement Corp. (6506); Braddock Holding LLC (N/A); CBI North America, Inc. (2215); Commemorative Brands, Inc. (5801); Gaspard Ltd. (6516); Iconic Group, Inc. (5750); Gaspard & Sons, Inc. (0897); Gaspard and Sons Mayaguez Inc. (2494); Taylor Publishing Manufacturing, L.P. (6238); Taylor Publishing Co. (1430); Taylor Manufacturing Holdings, LLC (N/A); Willise Cap & Gown LLC (8756); University Cap & Gown Co., Inc. (4371); TP Holding Corp. (9531) and Taylor Senior Holding Corp. (9532). The Debtors' principal offices are located at 1550 W. Mockingbird Lane, Dallas, Texas 75235, United States.

**March 8, 2021 at 1:30 p.m. (Central Time)** before the Honorable Harlin D. Hale at the Earle Cabell Federal Building, 1100 Commerce Street, 14th Floor, Courtroom #3, Dallas, TX 75242.

**PLEASE TAKE FURTHER NOTICE** that the hearing will be conducted by videoconference and teleconference via Webex.  Parties may attend the hearing by accessing the following link: https://us-courts.webex.com/meet/hale.

**PLEASE TAKE FURTHER NOTICE** that prior to the hearing, parties should review the Court's Webex Hearing Instructions available at: https://www.txnb.uscourts.gov/judges-info/hearing-dates/judge-hales-hearing-dates.

[*Remainder of page intentionally left blank*]

| | |
|---|---|
| Dated: March 4, 2021<br>Dallas, Texas | */s/ Jason S. Brookner*<br>Jason S. Brookner<br>Texas Bar No. 24033684<br>Lydia R. Webb<br>Texas Bar No. 24083758<br>**GRAY REED & McGRAW LLP**<br>1601 Elm Street, Suite 4600<br>Dallas, Texas 75201<br>Telephone: (214) 954-4135<br>Facsimile:  (214) 953-1332<br>Email:  jbrookner@grayreed.com<br>            lwebb@grayreed.com<br><br>-and-<br><br>Paul M. Basta (*pro hac vice*)<br>Lewis R. Clayton (*pro hac vice*)<br>Robert A. Britton (*pro hac vice*)<br>William A. Clareman (*pro hac vice*)<br>Sean A. Mitchell (*pro hac vice*)<br>**PAUL, WEISS, RIFKIND, WHARTON & GARRISON LLP**<br>1285 Avenue of the Americas<br>New York, New York  10019<br>Telephone:  (212) 373-3000<br>Facsimile:  (212) 757-3990<br>Email:  pbasta@paulweiss.com<br>            lclayton@paulweiss.com<br>            rbritton@paulweiss.com<br>            wclareman@paulweiss.com<br>            smitchell@paulweiss.com<br><br>*Counsel to Prudential Capital Partners IV, L.P., Prudential Capital Partners Management Fund IV, L.P., Prudential Capital Partners (Parallel Fund) IV, L.P., and Falcon Strategic Partners IV, LP* |

## CERTIFICATE OF SERVICE

      The undersigned hereby certifies that on the 4th day of March, 2021 she caused the foregoing pleading to be served (i) via the Court's CM-ECF Notification System on those parties who have subscribed for notice, (ii) via electronic mail on the Agent, as listed below and (iii) via first class, U.S. mail on the parties set forth on **Exhibit A** hereto.

Adam Harris
Schulte Roth & Zabel LLP
919 Third Avenue
New York, NY 10022
adam.harris@srz.com

*Counsel to Cerberus Business Finance, LLC*

                                                    */s/ Lydia R. Webb*
                                                  Lydia R. Webb

## Exhibit A

## Service List

| | | | |
|---|---|---|---|
| Dallas County Tax Office<br>1201 Elm St, Suite 2600,<br>Dallas, TX 75270<br>dallas.bankruptcy@publicans.com | Linebarger Goggan Blair & Sampson, LLP<br>2777 N. Stemmons Freeway, Suite 1000<br>Dallas, TX 75207<br>dallas.bankruptcy@publicans.com | Ecological Fibers Inc.<br>kfoley@mirickoconnell.com | Texas Comptroller of Public Accounts, Revenue Accounting Division<br>bk-murphy@oag.texas.gov |
| AAC Holding Corp.<br>12770 Coit Rd, Suite1100,<br>Dallas, TX 75251<br>susan@susanbhershpc.com<br>assistant@susanbhershpc.com | Office of The United States Trustee,<br>Earle Cabell Federal Building<br>1100 Commerce St, Rm 976<br>Dallas, TX 75242<br>ustpregion06.da.ecf@usdoj.gov | Staples Business Advantage,<br>Staples/Tom Riggleman<br>7 Technology Circle,<br>Columbia, SC 29203<br>thomas.riggleman@staples.com | Zurich American,<br>PO Box 68549<br>Schaumburg, IL 60196,<br>Annette.1.peat@zurichna.com |